

"Building a Stronger Staffing Connection"

Project Name : KAFB Indoor Small Arms Firing Range
Location : Keesler Air Force Base
City : Biloxi, MS

General Contractor: Bulldog Construction Inc
Address : 160 Pecan St.
City : Quitman
State : TX     Zip: 75160

Subcontractor : Larry Dollar Construction Svcs.
Address : 773 Melia Place
City : Diamondhead
State : MS    Zip: 39525

Supplier : C and P staffing Group LLC
Address : P.O. Box 601959
City : Charlotte
State : N.C.    Zip: 28260

This agreement is made between the above listed General Contractor, Subcontractor, and Supplier for the purpose of (a) inducing the Supplier to furnish services, or labor to the Subcontractor for the project, and (b) assuring that payment for said services, or labor provided by Supplier will be made payable jointly to both the Subcontractor and the Supplier, and assuring that the jointly payable payments will be mailed directly to the Supplier by the General Contractor.

**THIS AGGREEMENT BINDS THE GENERAL CONTRACTOR AND THE SUBCONTRACTOR TO THE FOLLOWING TERMS:**

1. All jointly payable checks made by the General Contractor on this project covering services, or labor provided by the Supplier shall be payable to the Supplier and the Subcontractor.
2. The General Contractor will mail joint check payments to the Supplier at the Supplier's address as shown above.
3. [redacted]
4. The Subcontractor hereby appoints the Supplier as its *Attorney in Fact* to sign its endorsement to the back of any jointly payable checks received from the General Contractor.

PLH 

[REDACTED]

5. This agreement shall be binding upon and insure to the be
their respective heirs, executors, administrators, legal repres
their respective heirs, executors, administrators, legal repres
assigns where permitted by this agreement. Supplier reserve
available by law to obtain payment due if said payment is no

General Contractor
Name : Bulldog Constructors Inc.

Sign : _[signature]_

Print : Mark Jones


Subcontractor
Name : Larry Deller Constr. Svcs.

Sign : _[signature]_

Print : Larry Deller


Supplier
Name : C+P Staffing Group LLC

Sign : _[signature]_

Print : Chris Shepard

Date : 2-28-11

http://www.cpstaffinggroup.com/ControlPanel/webmail/message.rst/VSAPDOWNLOAD/l... 3/1/2011

FEB-28-2011 23:44 From:C P STAFFING 2516521119 To:13295768166 P.3/3
RECEIVED 03/01/2011 11:48
To:17708408575 P.19/27
MAR-19-2012 17:38 From: