

"Building a Stronger Staffing Connection"

LARRYDOLLAR CONSTRUCTION SERVICES

INVOICES NOT PAID

| INVOICE DATE | INVOICE NUMBER | AMOUNT |
|---|---|---|
| 03/06/11 | 01-12085 | 2839.300 (BALANCE) |
| 03/13/11 | 01-12096 | 7445.025 |
| 03/20/11 | 01-12108 | 9101.25 |
| 03/27/11 | 01-12119 | 7488.00 |
| 04/03/11 | 01-12133 | 7971.75 |
| 04/10/11 | 01-12146 | 3288.75 |
| 04/17/11 | 01-12160 | 3021.75 |
| 04/24/11 | 01-12176 | 3618.00 |
| 05/01/11 | 01-12191 | 4862.25 |

3709 LAKESIDE DR. S., SUITE C ♦ MOBILE, ALABAMA 36693
PHONE: (251) 662-1118 ♦ FAX: (251) 662-1119


EXHIBIT D

06/27/11 12:12:07 PM

Prosperity Funding
COLLECTION REPORT (Format A)
Collections Posted Between 02/01/11 And 04/19/11
Sorted By Invoice Date
Company Id Funded

Page 1
Ver. 3.3.0.47

**Account Id: Bulldog**  **Debtor Id: Bulldog**

| Invoice Number | Invoice Date | | Invoice Amount | Gross Collected | Credits/ Chrgbacks | Tp | Net Cash | Check # | Date |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | UC | 18,500.00 | 15658 | 04/19/11 |
| 01-12051 | 02/20/11 | | 5,703.00 | 5,703.00 | 5,703.00 | AC | | | 04/19/11 |
| 01-12073 | 02/27/11 | | 9,711.00 | 9,711.00 | 9,711.00 | AC | | | 04/19/11 |
| 01-12065 | 03/06/11 | | 5,925.00 | 3,086.00 | 3,086.00 | AC | | | 04/19/11 |
| ACCOUNT TOTALS: | | | 21,339.00 | 18,500.00 | 18,500.00 | | 18,500.00 | | |

BY TRANSACTION TYPE

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| AC | 18,500.00 | DI | 0.00 | P | 0.00 | | |
| AR | 0.00 | IA | 0.00 | PR | 0.00 | | |
| CA | 0.00 * | LP | 0.00 | RAC | 0.00 | | |
| CM | 0.00 | UC | 18,500.00 | NC | 0.00 * | | |
| CR | 0.00 | NF | 0.00 | CB | 0.00 | | |
| PCB | 0.00 | PCBR | 0.00 | CBR | 0.00 | | |
| UCB | 0.00 * | UCBR | 0.00 * | IP | 0.00 | | |
| WCB | 0.00 * | WCBR | 0.00 | IPR | 0.00 | | |

* (Not Included In Cash Total)

**DEBTOR TOTALS:**

| Invoice Amount | Gross Collected | Chrgbacks | Net Cash |
|---|---|---|---|
| 21,339.00 | 18,500.00 | 18,500.00 | 18,500.00 |

*[Handwritten: $5,958.00]*

*[Handwritten: 19,385.50 Chg back to date]*



**C & P Staffing Group LLC**
3709 Lakeside Dr. S.
Suite C
MOBILE, AL 36693
Phone: (251) 662-1118
Fax: (251) 662-1119

"Building a Stronger Staffing Connection"

| DATE | INVOICE # |
|---|---|
| 06/01/2011 | 01-12191 |

| Bill To |
|---|
| LARRY DOLLAR CONSTRUCTION SVCS<br>773 MALIE PLACE<br>DIAMONDHEAD, MS 39525 |

| Please Remit Payment To |
|---|
| Prosperity Funding<br>P. O. Box 601959<br>CHARLOTTE, NC 28260<br>Phone: (251) 662-1118 |

| Terms | Customer # | Amount | Balance Due |
|---|---|---|---|
| Due Upon Receipt | 2749 | $4,862.25 | $4,862.25 |

### BULLDOG CONSTRUCTORS

| Order # | Date | Name | Position | Item | Bill Rate | Bill Hours | Amount |
|---|---|---|---|---|---|---|---|
| 7813 | 04/25/2011 | DOLLAR, LARRY W | MANAGER | Regular Pay | $43.20 | 40.00 | $1,728.00 |
| 7813 | 04/25/2011 | HERNANDEZ, ANTHONY | CARPENTER | Regular Pay | $22.50 | 40.00 | $900.00 |
| 7813 | 04/25/2011 | HOOPER, CLYDE | COMMON LABORERS | Regular Pay | $18.00 | 34.00 | $612.00 |
| 7813 | 04/25/2011 | NAGLE, ANDREW | CARPENTER | Regular Pay | $22.50 | 31.50 | $708.75 |
| 7813 | 04/25/2011 | WRIGHT, GARY | IRON WORKER | Regular Pay | $25.50 | 21.00 | $535.50 |
| 7813 | 04/25/2011 | WRIGHT, TYLER | ROD BUSTER | Regular Pay | $18.00 | 21.00 | $378.00 |
| | | | | | | 187.50 | $4,862.25 |

Reg: 187.50  OT:
OT:  Other:
Total Hours: 187.50

Invoice #: 01-12191
Office #: 01

Sub Total: $4,862.25
Total This Invoice: $4,862.25
Pay This Amount: $4,862.25

| Please Remit Payment To |
|---|
| Prosperity Funding<br>P. O. Box 601959<br>CHARLOTTE, NC 28260<br>Phone: (251) 662-1118 |

| Bill To |
|---|
| LARRY DOLLAR CONSTRUCTION SVCS<br>773 MALIE PLACE<br>DIAMONDHEAD, MS 39525 |

**Prosperity Funding Inc**
**INVOICE AGING REPORT**
For Client C&P Staffing
Invoices Sorted By Invoice Date, For Invoice Code "Charge Back"
As Of 06/27/11

Page 1
Ver. 9.3.0.47

(Report Format 1)

C&P Staffing Group LLC
3708-C Lakeside Dr S
Mobile, AL 36693

Client Id: C&P Staffing

Phone: 251-662-1118  Fax: 251-662-1119

| Invoice Id | Sched No | Inv Date | Due Date | Inv Days | 1 To 30 | 31 To 60 | 61 To 90 | 91 To 120 | Over 120 | Flags |
|---|---|---|---|---|---|---|---|---|---|---|

**Relation Id: C&P**  Relation Name: C&P Staffing Group LLC
**Account Id: Bulldog**  Debtor: Bulldog Construction         Phone: 326-676-3113  Fax: 326-676-6106

| 01-12085 | 29 | 03/06/11 | 04/05/11 | 113 | | | | | 2,839.00 | C |
| 01-12095 | 30 | 03/13/11 | 04/12/11 | 106 | | | | | 7,445.25 | C |
| 01-12108 | 31 | 03/20/11 | 04/19/11 | 99  | | | | | 9,101.25 | C |

ACCOUNT TOTALS:   19,385.50                               19,385.50
                                                          100.000%

**Account Id: Larry Dollar**  Debtor: Larry Dollar Construction SVCS       Phone: 228-255-7140

| 01-12050 | 26 | 02/13/11 | 03/15/11 | 134 | | | | | 2,688.00 | C |
| 01-12119 | 32 | 03/27/11 | 04/26/11 | 92  | | | | 7,488.00 | | C |

ACCOUNT TOTALS:   10,176.00                      7,488.00  2,688.00
                                                 73.585%   26.415%

**Account Id: Rod Cooke**  Debtor: ROD COOKE CONSTRUCTION I       Phone: (251) 450-0410  Fax: (251) 478-7260

| 01-12121 | 32 | 03/27/11 | 04/26/11 | 92  | | | | 1,550.00 | | CS |

ACCOUNT TOTALS:   1,550.00                       1,550.00
                                                 100.000%

**Account Id: Starks**  Debtor: STARKS CONTRACTING COMP       Phone: 228-392-4564  Fax: 228-392-4565

| 01-12062 | 27 | 02/20/11 | 03/22/11 | 127 | | | | | 766.00 | C |

ACCOUNT TOTALS:   766.00                                   766.00
                                                           100.000%

Relation Totals:   31,878.50                     28,423.50  3,455.00
                                                 89.159%    10.841%

CHARGE BACK:   35,642.45        PartialPay/Write Off Charge Back:   3,856.95

**Prosperity Funding**  
**COLLECTION REPORT (Format A)**  
Collections Posted Between 01/01/11 And 06/27/11  
Sorted By Invoice Date  
Company Id Funded

Account Id: Larry Dollar                                                                                    Debtor Id: Larry Dollar Constru

| Invoice Number | Invoice Date | Invoice Amount | Gross Collected | Credits/ Chrgbacks | Tp | Net Cash | Check # | Date |
|---|---|---|---|---|---|---|---|---|
| 1209 | 01/11/11 | 5,699.20 | 5,699.20 | | P | 5,699.20 | 58468 | 03/18/11 |
| 1205 | 01/18/11 | 5,340.00 | 5,340.00 | | P | 5,340.00 | 58468 | 03/18/11 |
| 01-12013 | 01/26/11 | 3,456.00 | 3,456.00 | | P | 3,456.00 | 58598 | 04/14/11 |
| 01-12026 | 01/30/11 | 3,456.00 | 3,456.00 | | P | 3,456.00 | 58598 | 04/14/11 |
| 01-12050 | 02/13/11 | 3,456.00 | 758.00 | | P | 758.00 | 58598 | 04/14/11 |
| | | | 2,688.00 | 2,688.00 | CB | | | 05/19/11 |
| | | | 2,688.00 | 2,688.00 | CB | | | 06/24/11 |
| 01-12050 | 02/13/11 | | -2,688.00 | -2,688.00 | CBR | | | 05/23/11 |
| 01-12119 | 03/27/11 | 7,486.00 | 7,486.00 | 7,486.00 | CB | | | 06/27/11 |
| **ACCOUNT TOTALS:** | | **28,795.20** | **28,795.20** | **10,176.00** | | **18,619.20** | | |

| BY TRANSACTION TYPE | AC | 0.00 | DI | 0.00 | P | 18,619.20 |
|---|---|---|---|---|---|---|
| | AR | 0.00 | IA | 0.00 | PR | 0.00 |
| | CA | 0.00 * | LP | 0.00 | RAC | 0.00 |
| | CM | 0.00 | UC | 0.00 | NC | 0.00 * |
| | CR | 0.00 | NF | 0.00 | CB | 12,864.00 |
| | PCB | 0.00 | PCBR | 0.00 | CBR | 2,688.00 |
| | UCB | 0.00 * | UCBR | 0.00 * | IP | 0.00 |
| | WCB | 0.00 * | WCBR | 0.00 | IPR | 0.00 |

* (Not Included in Cash Total.)

| | Invoice Amount | Gross Collected | Chrgbacks | Net Cash |
|---|---|---|---|---|
| **DEBTOR TOTALS:** | 28,795.20 | 28,795.20 | 10,176.00 | 18,619.20 |

# C & P Staffing Group LLC

Building a Stronger Staffing Connection

**C & P STAFFING GROUP LLC**
3709 LAKESIDE DR., SUITE C
MOBILE, ALABAMA 36693
PHONE: (251) 662-1118
FAX: (251) 662-1119

CLIENT: Larry Dollar Const  DATE: 5-2  TIME: 1125 7813

LOCATION: KAFB Small Arms Indor  JOB TITLE: Labor

SITE PHONE #: Firing Range

CONTACT PERSON: Larry  P.O. #:

DIRECTIONS:

SAFETY EQUIPMENT:

TIME IN:  LUNCH:  TIME OUT:

| EMPLOYEE NAME | M | T | W | Th | F | Sa | Su | TOTAL HOURS TO BE BILLED: |
|---|---|---|---|---|---|---|---|---|
| 1. Anthony Hernandez | 8 | 8 | 8 | 8 | 8 | 0 | 0 | 40 |
| 2. Andrew Nagle | 8 | 14½ | 8 | 8 | 7½ | 0 | 0 | ~~38~~ 31½ |
| 3. Clyde Harper | 8 | 2 | 8 | 8 | 8 | 0 | 0 | 34 |
| 4. Cary Wright | 0 | 0 | 8 | 8 | 5 | 0 | 0 | 21 |
| 5. Tyler Wright | 0 | 0 | 8 | 8 | 5 | 0 | 0 | 21 |
| 6. Larry Dollar | 8 | 8 | 8 | 8 | 8 | 0 | 0 | 40 |

REPEAT ORDER: YES  OR  NO  # OF EMPLOYEES:  DATE:  TIME:

I ACKNOWLEDGE THAT THE SERVICES HAVE BEEN SATISFACTORILY COMPLETED AND I HAVE READ AND AGREE TO THE TERMS OF SERVICES AS OUTLINED ON THE REVERSE SIDE OF THIS WORK ORDER.

AUTHORIZED SIGNATURE:

MAR-29-2012 20:30 From:
To:17708408575
P.2/2
ID:601 894 1212
P.5/5